AMERICAN BUILDING & LOAN ASSOCIATION V. LIZZIE REES.

FILED MAY 20, 1896.    No. 6500.

Contracts: CORPORATIONS: WITHDRAWAL OF STOCKHOLDERS: BUILDING AND LOAN ASSOCIATIONS.

ERROR from the district court of Madison county. Tried below before JACKSON, J.

*Barnes & Tyler* and *C. M. Cooley*, for plaintiff in error.

*John S. Robinson* and *Powers & Hays*, contra.

PER CURIAM.

The question suggested by the record of this case being identical with those presented in *American Building & Loan Ass'n v. Rainbolt*, 48 Neb., 434, and *American Building & Loan Ass'n v. Bear*, 48 Neb., 455, the judgment of the district court is reversed and the cause remanded for trial *de novo*.

REVERSED.